UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| LUCILLE P. ELLIS, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:17-cv-7 |
| v. ) | |
| ) | Judge Mattice |
| STATE AUTO PROPERTY AND ) | |
| CASUALTY INSURANCE CO., ) | Magistrate Judge Steger |
| ) | |
| *Defendant*. ) | |
| ) | |

## ORDER

It appearing unto this Court by the signatures of counsel, (*see* Doc. 10), that the parties are in agreement. It is therefore,

**ORDERED**, **ADJUDGED**, and **DECREED** by this Court that this case is hereby **DISMISSED WITHOUT PREJUDICE**. Each party shall bear their own attorney fees and costs.

**SO ORDERED** this 14th day of March, 2017.

                                                         */s/ Harry S. Mattice, Jr.*
                                                        HARRY S. MATTICE, JR.
                                                        UNITED STATES DISTRICT JUDGE